UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 22-358(DSD/TNL)

Otha Eric Townsend,

       Plaintiff,

v.                                            **ORDER**

Paul Schnell, Minnesota Commissioner
of Corrections, in his individual and
official capacity,

       Defendant.


This matter is before the court upon the report and recommendation of United States Magistrate Judge Tony N. Leung dated April 25, 2022 (R&R). The magistrate judge recommends that the court dismiss the case and deny pro se plaintiff Otha Eric Townsend's pending motion for preliminary injunction because his complaint fails to state a claim. Townsend timely submitted objections to the R&R, but those objections simply restate the arguments made to the magistrate judge.

The court reviews the R&R de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). After a thorough review of the file and record, the court finds that the R&R is well-reasoned and correct and that none of Townsend's objections undermine the magistrate judge's thorough analysis.

Accordingly, based on the R&R, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1.    The R&R [ECF No. 19] is adopted in its entirety;

2.    The motion to dismiss [ECF No. 11] is granted;

3.    The motion for preliminary injunction [ECF No. 3] is denied; and

4.    This matter is dismissed without prejudice

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 31, 2022

s/David S. Doty
David S. Doty, Judge
United States District Court